UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANIGAN SHERMAN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>IHR EDUCATIONAL BROADCASTING, INC., RELEVANT RADIO, INC., & STARBOARD MEDIA FOUNDATION, INC.,<br><br>　　　　　Defendants. | No. 2:17-cv-00102-KJM-DB<br><br><br>ORDER |

On January 17, 2017, the court set an Initial Scheduling Conference for May 25, 2017, with a joint status report due at least seven days prior. *See* ECF No. 4 at 2. On May 18, 2017, defendants submitted an individual status report, noting plaintiff's refusal to participate in a joint status report. ECF No. 6 at 4. Plaintiff has not filed an individual status report. Accordingly, plaintiff is ORDERED to SHOW CAUSE, within fourteen (14) days of this order, why plaintiff should not be sanctioned in the amount of $250 for failing to comply with the court's order.

　　　　　IT IS SO ORDERED.

DATED: May 31, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1